UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CIBAO MARKET and JUAN CRISOSTOMO, <br><br> Plaintiffs. <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action No. 18-10662-PBS |

## AMENDED JOINT STATEMENT OF THE PARTIES

As directed by the Court at the July 17, 2018 status conference in the above-captioned matter, the parties, by and through their respective counsel, hereby submit this amended joint statement setting forth the pre-trial schedule for this matter:

1. Initial Disclosures must be served by August 17, 2018.

2. Requests for production of documents and interrogatories must be served by September 17, 2018.

3. Responses to requests for production of documents and interrogatories must be served by October 31, 2018.

4. Requests for admission must be served by December 14, 2018 and responses are due within the time set forth the in Federal Rules.

5. Fact discovery will close on January 15, 2019.

6. Summary judgment motions are due by February 15, 2019.

7. Oppositions to summary judgment motion are due March 8, 2019.

8. Reply briefs, if any, are due March 22, 2019.

7/24/18
approved

[signature]